THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

PATRICIA ANN HOBART,                    :
                                        :
            Plaintiff,                   :
                                        :        3:18-CV-666
      v.                                 :        (JUDGE MARIANI)
                                        :
NANCY A. BERRYHILL,                     :
ACTING COMMISSIONER OF                  :
SOCIAL SECURITY,                        :
                                        :
            Defendant.                   :

**ORDER**

AND NOW, THIS ___4th___ DAY OF MAY, 2019, upon review of Chief

Magistrate Judge Schwab's Report and Recommendation ("R&R") (Doc. 14) for clear error

or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 14) is **ADOPTED** for the reasons discussed therein.

2. The Commissioner of Social Security's decision is **VACATED**.

3. The case is **REMANDED** for further proceedings consistent with this Order.

4. The Clerk of Court is directed to **CLOSE** this case.

Robert D. Mariani
United States District Judge